IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EVA LORINI,                                           CIVIL DIVISION

    Plaintiff,                                     Civil Action No:  10-155

v.

PROGRESSIVE NORTHERN
INSURANCE COMPANY,

    Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL

AND NOW, comes the Plaintiff, Eva Lorini, and by her attorneys, Craig L. Fishman, Esquire and Shenderovich, Shenderovich & Fishman, P.C. files the following Stipulation of Voluntary Dismissal:

The parties hereby stipulate to a voluntary dismissal of this matter, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

                                                                Respectfully submitted,

                                                                **SHENDEROVICH, SHENDEROVICH
& FISHMAN, P.C.**

By:   /s/ Craig L. Fishman
        Craig L. Fishman, Esquire
        PA I.D. No. 58753

        1600 Law & Finance Building
        429 Fourth Avenue
        Pittsburgh, PA   15219

        (412) 391-7610
        (412) 288-0217 (fax)

STIPULATED TO BY:

/s/ Robert E. Dapper
Robert E. Dapper, Esquire
Counsel for Defendant

SO ORDERED, this 16th day of April, 2010.

_____,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge